

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | |
| v. | : | Criminal Action No. 06-30 |
| DWAYNE CHAVOUS, PERCY SKINNER AND TIMOTHY McBRIDE, | : | |
| Defendants. | : | |



## INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about February 10, 2006, in the District of Delaware, Dwayne Chavous, defendant herein, did knowingly possess cocaine with the intent to manufacture a substance containing more than 50 grams of cocaine base, a schedule II narcotic controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A).

### COUNT TWO

On or about February 10, 2006, in the District of Delaware, Dwayne Chavous, defendant herein, did knowingly possess with the intent to distribute a substance containing more than 5 grams of cocaine base, a schedule II narcotic controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B).

### COUNT THREE

On or about February 10, 2006, in the District of Delaware, Dwayne Chavous, defendant

herein, did knowingly possess with the intent to distribute a substance containing a detectible amount of cocaine, a schedule II narcotic controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT FOUR

On or about February 10, 2006, in the District of Delaware, Dwayne Chavous, Percy Skinner and Timothy McBride, defendants herein, did knowingly conspire and agree with each other to commit the following offenses against the United States: (1) to knowingly possess cocaine with the intent to manufacture a substance containing more than 50 grams of cocaine base, a schedule II narcotic controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A); (2) to knowingly possess with the intent to distribute a substance containing more than 5 grams of cocaine base, a schedule II narcotic controlled substance, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); and (3) to knowingly possess with the intent to distribute a substance containing a detectible amount of cocaine, a schedule II narcotic controlled substance, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), all in violation of 21 U.S.C. §846.

## COUNT FIVE

On or about February 10, 2006, in the District of Delaware, Timothy McBride, defendant herein, while managing or controlling a residence, at                         , Wilmington, DE, as a lessee and/or occupant, knowingly and intentionally made available for use, with or without compensation, the residence for the purpose of unlawfully manufacturing, storing and/or distributing cocaine and cocaine base, schedule II controlled substances, in violation of 21 U.S.C. § 856(a)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Christopher J. Burke
Assistant United States Attorney

Dated: March 28, 2006