## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06-30-KAJ |
| | ) |
| DWAYNE CHAVOUS, PERCY | ) |
| SKINNER AND TIMOTHY McBRIDE, | ) |
| | ) |
| Defendants. | ) |

## PETITION FOR WRIT OF
## HABEAS CORPUS AD PROSEQUENDUM

Your petitioner, the United States of America, by its attorney, Christopher J. Burke, Assistant United States Attorney, with the knowledge and consent of Colm Connolly, United States Attorney for the District of Delaware, respectfully shows:

1. Defendant Percy Skinner has been indicted by a Grand Jury for the District of Delaware on the charge of conspiracy to commit the following offenses against the United States: (1) knowingly possessing cocaine with the intent to manufacture a substance containing more than 50 grams of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A); (2) knowingly possessing with the intent to distribute a substance containing more than 5 grams of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B); and (3) knowingly possessing with the intent to distribute a substance containing a detectible amount of cocaine, in violation of 21 U.S.C. § 841(a)(1) and (b)(1)(C), all in violation of 21 U.S.C. § 846.

2. The defendant is scheduled for an initial appearance before this Court on April 27, 2006, at 1:00 p.m.

3. The defendant is currently being held pending trial on related State charges at the Howard R. Young Correctional Institution, and, therefore, must be writted out before this Court can conduct the initial appearance.

WHEREFORE, petitioner prays that the Clerk of the Court be instructed to issue a writ of habeas corpus ad prosequendum to the Warden of the Howard R. Young Correctional Institution and to the United States Marshal for the District of Delaware to deliver Percy Skinner to the office of the United States Marshal on April 27, 2006, at 1:00 p.m., with the defendant being held in federal custody until the federal charges are resolved.

COLM CONNOLLY
United States Attorney

BY:_____/s/_____
Christopher J. Burke
Assistant United States Attorney

Dated: April 5, 2006

IT IS SO ORDERED this ___ day of _____, 2006.

_____
Honorable Mary Pat Thynge
United States Magistrate Judge