*Filed in Open Court 4/27/06 KJK*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Crim. Act. No. 06-30-KAJ - 2 |
| ) | |
| DWAYNE CHAVOUS, PERCY ) | |
| SKINNER AND TIMOTHY McBRIDE, ) | |
| ) | |
| Defendants. ) | |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of defendant Percy Skinner, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

    \_\_\_\_  Crime of violence (18 U.S.C. § 3156)

    _X_  Maximum sentence life imprisonment or death

    _X_  10+ year drug offense

    \_\_\_\_  Felony, with two prior convictions in above categories

    _X_  Serious risk defendant will flee

    \_\_\_\_  Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    _X_  Defendant's appearance as required

    _X_  Safety of any other person and the community



FILED

APR 27 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

3. **Rebuttable Presumption**. The United States WILL invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because **(check one or both)**:

    _X_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    ___ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    ___ At first appearance

    _X_ After continuance of _3_ days (not more than 3).

5. **Temporary Detention**. The United States request the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since **(check 1 or 2, and 3)**:

    1. At the time the offense was committed the defendant was:

        ___ (a) on release pending trial for a felony;

        ___ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        ___ (c) on probation or parole for an offense.

  ___ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

  ___ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this ___27th___ day of _____April_____, 2006.

                              Respectfully submitted,

                              COLM F. CONNOLLY
                              United States Attorney

BY: _____/s/ Christopher J. Burke_____
      Christopher J. Burke
      Assistant United States Attorney