AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of _____ DELAWARE _____

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| V. | |
| PERCY SKINNER | Case Number: CR 06-30-2 |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ PERCY SKINNER _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X  Indictment   ☐ Information   ☐ Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with   (brief description of offense)

CONSPIRACY TO POSSESS COCAINE WITH INTENT TO MANUFACTURE MORE THAT 50 GRAMS OF COCAINE BASE

in violation of Title ___ 21 ___ United States Code, Section(s) ___ 846 ___

PETER T. DALLEO                                    Evette Watson, Deputy Clerk
Name of Issuing Officer                              Signature of Issuing Officer

CLERK OF COURT                                     3/29/06 in WILMINGTON, DE
Title of Issuing Officer                             Date and Location

FILED MAY 30 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

Percy Skinner

DATE RECEIVED: 3-29-06
DATE OF ARREST: 4-27-06

NAME AND TITLE OF ARRESTING OFFICER: William David, DUSM
SIGNATURE OF ARRESTING OFFICER: William [signature]

[Stamp: FILED 2006 MAY 30 AM 9:36 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]