IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>DWAYNE CHAVOUS, PERCY SKINNER )<br>and TIMOTHY McBRIDE, )<br>)<br>Defendants. ) | Criminal Action No. 06-30-KAJ |

### ORDER

At Wilmington this **7th** day of **November, 2006**,

IT IS HEREBY ORDERED that the scheduling conference presently set for **November 9, 2006 at 4:30 p.m.** is hereby rescheduled to **November 9, 2006 at 12:30 p.m.**, as a scheduling teleconference. **Counsel for the Government shall initiate the call.**

_____
UNITED STATES DISTRICT JUDGE