# ELMORE, PUGH & WARREN, P.C.

ATTORNEYS AND COUNSELORS AT LAW

THE PHILADELPHIA BUILDING  
1315 Walnut Street  
Suite 800  
Philadelphia, PA 19107

TELEPHONE: (215) 732-9011  
FACSIMILE: (215) 732-1425

Danny Elmore*  
Terry L. Pugh  
Regina L. Warren†

Also Licensed in Washington, D.C.*  
Also Licensed in New York †

<u>Via Fax and 1st Class Mail</u>  
(302) 573-6043

November 20, 2006

Honorable Kent A. Jordan  
United States District Court  
Nemours Building  
1007 North Orange Street  
Wilmington, DE 19899

Re: **<u>USA vs. Percy Skinner, CN#: 06-30-KAJ</u>**

Dear Judge Jordan:

My name is Terry L. Pugh, Esquire. I represent the above named Defendant, Percy Skinner in the within action. Mr. Skinner has advised me that he wishes to waive the time period from December 18, 2006 thru February 26, 2007. Such time shall be excluded under the speedy trial act.

The undersigned defendant, Percy Skinner has signed below acknowledging the above facts and consent thereto.

_____  
Percy Skinner

Should you have any questions regarding this matter, please contact me.

Sincerely,

Terry L. Pugh

TLP/dml  
cc: Eugene J. Maurer, Jr., Esq.  
   Stephen P. Patrizio, Esq.