IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 06-30-KAJ |
| ) | |
| DWAYNE CHAVOUS, ) | |
| PERCY SKINNER, and ) | |
| TIMOTHY McBRIDE, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF SUBSTITUTION OF COUNSEL

Please withdraw the appearance of Assistant United States Attorney Christopher J. Burke as attorney of record on behalf of the United States of America, and enter the appearance of Assistant United States Attorney Edmond Falgowski.

COLM F. CONNOLLY
United States Attorney

By: *[signature]*

Edmond Falgowski
Assistant United States Attorney
Nemours Building, #700
P.O. Box 2046
Wilmington, Delaware 19899-2046
edmond.falgowski@usdoj.gov

Dated: 11-27-06

## CERTIFICATE OF SERVICE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Criminal Action No. 06-30-KAJ |
| ) | |
| DWAYNE CHAVOUS, ) | |
| PERCY SKINNER, and ) | |
| TIMOTHY McBRIDE ) | |

I, Sharon L. Bernardo, employee with the United States Attorney's Office, hereby certify that on November 27, 2006, I electronically filed the foregoing:

**NOTICE OF SUBSTITUTION OF COUNSEL**

and by causing two copies of said document to be placed in a postage prepaid envelope, placed in the United States Mail, and addressed counsel of record as follows:

EUGENE J. MAURER, JR., ESQUIRE
1201-A King Street
Wilmington, DE 19801

STEPHEN P. PATRIZIO, ESQUIRE
DRANOFF & Patrizio, P.C.
Two Penn Center, Suite 1205
1500 JFK Boulevard
Philadelphia, PA  19102

TERRY PUGH, ESQUIRE
1315 Walnut Street
Suite 800
Philadelphia, PA 19102

*/s/ Sharon L. Bernardo*