IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>PERCY SKINNER,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)  Criminal Action No. 06-30-2-JJF<br>)<br>)<br>)<br>) |

**ORDER**

WHEREAS, by letter dated March 29, 2007, the Government advised the Court that pursuant to its agreement with the Defendant, a Criminal Information has been filed in the Superior Court for New Castle County, Delaware, and the parties are awaiting a scheduling date for the guilty plea;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Government shall notify the Court as to the status of the above-captioned case no later than April 30, 2007, or file a proposed plea agreement.

2. The time between April 1, 2007 and April 30, 2007, shall be excludable under the Speedy Trial Act in the interests of justice (18 U.S.C. § 3161 et seq.).



HONORABLE JOSEPH J. FARNAN, JR.
United States District Court

3/30/07