IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 06-30-02 JJF |
| PERCY SKINNER, | ) |
| Defendant. | ) |

### MOTION AND ORDER TO DISMISS

**NOW COMES** the United States, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the Distict of Delaware, and in return for the defendant's guilty plea to a felony drug charge, on April 26, 2007, in the Superior Court for New Castle County, Delaware, moves this Honorable Court to dismiss count 4 of the Indictment, as that count relates to and charges the defendant.

COLM F. CONNOLLY
United States Attorney

Dated: 4-27-07

BY: _____
Edmond Falgowksi
Assistant United States Attorney

IT IS SO ORDERED this 30th day of April, 2007.

_____
HONORABLE JOSEPH J. FARNAN, JR.
United States District Court

FILED
APR 30 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE